```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

KEVIN PULVER,                       )
                                    )
            Plaintiff,              )      4:07CV3006
                                    )
      v.                            )
                                    )
CITY OF HASTINGS, LARRY G.          )      ORDER
THOREN, in his official             )
capacity as Chief of Police         )
of the City of Hastings,            )
CRAIG WALTON, individually          )
and in his official capacity        )
as police officer, ADAM             )
STORY, individually and in          )
his official capacity as            )
police officer,                     )
                                    )
            Defendants.             )
                                    )

The records of the court show that on January 9, 2007, (Filing No. #6), a letter was sent to Attorney Benjamin W. Bull from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of February 20, 2007, the attorney has not complied with the request(s) set forth in the letter from the Office of the Clerk.

IT IS ORDERED that, on or before March 5, 2007, Attorney Benjamin W. Bull is to register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 20th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge