IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN PULVER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3006 |
| | ) | |
| v. | ) | |
| | ) | |
| HASTINGS, CITY OF, LARRY G. THOREN, in his official capacity as Chief of Police of the City of Hastings, CRAIG WALTON, individually and in his official capacity as police officer, and ADAM STORY, individually and in his official capacity as police officer, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

Attorney Benjamin W. Bull has complied with the Order to Show Cause, filing 18, by registering with the court's Case Management/Electronic Case Filing System.

Accordingly,

IT IS ORDERED, the order to show cause, filing 18, is withdrawn.

DATED this 22nd day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge