```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

KEVIN PULVER,                      )
                                   )
              Plaintiff,            )        4:07CV3006
                                   )
       v.                           )
                                   )
CITY OF HASTINGS,                   )        ORDER
LARRY G. THOREN, in his             )
official capacity as Chief of      )
Police of the City of              )
Hastings, CRAIG WALTON,            )
individually and in his            )
official capacity as police        )
officer, and ADAM STORY,           )
individually and in his            )
official capacity as police        )
officer,                           )
                                   )
              Defendants.           )
```

IT IS ORDERED:

Paragraph 2 of the Order for Initial Progression of Case, filing 24, is amended to provide that counsel shall notify the undersigned by joint or separate letters addressing their mediation plans by **June 26, 2007**.

DATED this 11th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge