IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN PULVER, | ) | CASE NO. 4:07CV3006 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| CITY OF HASTINGS, LARRY G. THOREN, in his official capacity as Chief of Police of the City of Hastings, CRAIG WALTON, individually and in his official capacity as police officer, ADAM STORY, individually and in his official capacity as police officer, | ) | |
| Defendants. | ) | |

The matter before the Court is the defendants unopposed Motion to Amend the Initial Case Progression Order. The Court finds that the deadline for filing a motion for summary judgment based on qualified immunity should be extended until September 7, 2007.

IT IS THEREFORE ORDERED that the motion, filing 28, is granted and the deadline for filing a motion for summary judgment based on qualified immunity is September 7, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

Prepared By:
Robert W. Shively, #18166
Attorney for Defendant
Shively Law Offices, P.C., L.L.O.
4400 South 86th Street, Suite 100
Lincoln, NE  68526
(402) 488-5044 (phone)
(402) 488-5110 (fax)