IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN PULVER, | ) | 4:07CV3006 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CITY OF HASTINGS, LARRY G. | ) | |
| THOREN, in his official capacity as | ) | |
| Chief of Police of the City of | ) | |
| Hastings, CRAIG WALTON, | ) | |
| individually and in his official | ) | |
| capacity as police officer, ADAM | ) | |
| STORY, individually and in his | ) | |
| official capacity as police officer, | ) | |
| | ) | |
| Defendants. | | |

Pursuant to the parties' joint stipulation (filing 34),

IT IS ORDERED that the plaintiff's claims against the defendants Craig Walton and Adam Story in their individual capacities are dismissed with prejudice.

The plaintiff's claims against these two defendants in their official capacities, against the defendant Larry G. Thoren in his official capacity, and against the defendant City of Hastings are not dismissed. This order does not constitute a final judgment entered pursuant to Fed. R. Civ. P. 54(b).

September 19, 2007.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge