**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| KEVIN PULVER, | } |
| | } |
|     PLAINTIFF, | } |
| | } |
| vs. | } |
| | }NO.:  4:07-CV-3006 |
| CITY OF HASTINGS, LARRY G. | } |
| THOREN, in his official capacity as | } |
| Chief of Police of the City of Hastings | }ORDER GRANTING MOTION TO |
| CRAIG WALTON,  individually and in | }WITHDRAW DELIA VAN LOENEN AS |
| his official capacity as police officer, and | }COUNSEL OF RECORD |
| ADAM STORY, individually and in his | } |
| official capacity as police officer | } |
| | } |
|     DEFENDANTS. | } |

      The matter before the court is Plaintiff's Motion to Withdraw Delia van Loenen as Counsel

of Record.  The Court finds that good cause has been shown to withdraw Delia van Loenen from this

case.

      IT IS THEREFORE ORDERED that the motion, Docket Number 38, is granted.

      DATED November 16, 2007.

                           BY THE COURT

                           s/ *David L. Piester*

                           David L. Piester
                           United States Magistrate Judge

Prepared by:
NATHAN W. KELLUM
TN BAR #13482; MS BAR # 8813
ALLIANCE DEFENSE FUND
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
Phone: 901-684-5485
Fax: 901-684-5499
email: nkellum@telladf.org
Attorney for Plaintiff