FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 FEB -4  PM 2:50

OFFICE OF THE CLERK

IN THE UNITED STATES DISTTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN PULVER, ) CASE NO. 4:07CV3006
 )
      Plaintiff, )
 )
v. ) CONSENT ~~ORDER~~ JUDGMENT
 )
 )
CITY OF HASTINGS, LARRY G. )
THOREN, in his official capacity as )
Chief of Police of the City of Hastings, )
CRAIG WALTON, individually and in his )
official capacity as police officer, ADAM )
STORY, individually and in his official )
capacity as police officer, )
 )
      Defendants. )

     Final resolution of this matter and controversy has been settled by and between the parties, and accepted by this Court, as reflected herein.

     IT IS, on this 4th day of February, 2008, ORDERED AND ADJUDGED as follows:

     1. Defendants named herein are enjoined from enforcing and/or applying the disturbing the peace ordinance set out in Hastings City Code Ordinance § 18-113. Defendants will repeal said ordinance within 30 days of the date of this order.

     2. Defendants shall pay Plaintiff nominal damages in the sum of $1.00.

     3. Defendants shall pay attorneys fees and expenses in the sum of $10,000.00.

     4. All claims associated with this case are dismissed with prejudice.

     5. This Court shall retain jurisdiction of this action solely for the purpose of enforcing this Order, should such need arise.

     Dated this 4th day of February 2008.

BY THE COURT:

THE HONORABLE RICHARD G. KOPF
UNITED STATES DISTRICT JUDGE

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THE ABOVE ORDER:

By: s/ Nathan W. Kellum
    Nathan W. Kellum
    TN Bar # 13482; MS Bar #8813
    Johnathan A. Scruggs
    TN Bar # 025679
    ALLIANCE DEFENSE FUND
    699 Oakleaf Office Lane, Suite 107
    Memphis, TN 38117
    (901) 684-5485

By: s/ Patrick M. Driver
    Patrick M. Driver, #23154
    Robert W. Shively, #18166
    Shively Law Offices, P.C., L.L.O.
    4400 South 86th Street, Suite 100
    Lincoln, NE 68526
    (402) 488-5044